SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>EULALIO DERA SANDOVAL, et al<br><br>          Defendants. | Case No. **2:09-CV-02571 FCD DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 25, 2009 FOR DEFENDANT EULALIO DERA SANDOVAL TO RESPOND TO COMPLAINT |

    Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Eulalio Dera Sandoval, by and through their respective attorneys of record, Scott N. Johnson; Richard Mac Bride, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Eulalio Dera Sandoval until October 26, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendant Eulalio Dera Sandoval is granted an extension until November 25, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Eulalio Dera Sandoval's response will be due no later than November 25, 2009.

IT IS SO STIPULATED effective as of October 27, 2009

Dated:   October 27, 2009             /s/Richard Mac Bride_____
                                      Richard Mac Bride,
                                      Attorney for Defendant
                                      Eulalio Dera Sandoval


Dated:   October 27, 2009             /s/Scott N. Johnson _____
                                      Scott N. Johnson,
                                      Attorney for Plaintiff

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

**IT IS SO ORDERED:** that Defendant Eulalio Dera Sandoval shall have until November 25, 2009 to respond to complaint.

Dated: October 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE