SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>EULALIO DERA SANDOVAl, et. al.,<br><br>Defendant. | Case No.: CIV.S 09-cv-02571-FCD-DAD<br><br>**STIPULATED DISMISSAL OF EULALIO DERA SANDOVAL ONLY; ORDER**<br><br>Complaint Filed: SEPTEMBER 15, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Eulalio Dera Sandova) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Eulalio Dera Sandoval) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: December 10, 2009                    /s/Scott N. Johnson_____
                                            SCOTT N. JOHNSON
                                            Attorney for Plaintiff


Dated: December 18, 2009                    /s/Richard MacBride_____
                                            RICHARD MACBRIDE
                                            Attorney for Defendant,
                                            EULALIO DERA SANDOVAL

**IT IS SO ORDERED**.

Dated: December 21, 2009

                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE