SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>EULALIO DERA SANDOVAL, et al,<br><br>  Defendants. | Case No.: CIV.S 09-02571 FCD KJN<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANTS PHILLIP GROSS, AARON GROSS, and MARA GROSS; ORDER**<br><br>Complaint Filed: JULY 21, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Phillip Gross; Aaron Gross; Mara Gross) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendants (Phillip Gross; Aaron Gross; Mara Gross) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: February 12, 2010                    /s/Scott N. Johnson_____
                                            SCOTT N. JOHNSON
                                            Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: February 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE