UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

EULALIO DERA SANDOVAL, et. al.,

        Defendants.
_____/

No. CIV. S-09-2571 FCD KJN

**O R D E R**

    The defendants in this matter, JASPAL SINGH DADHWAL and RITA BABY, are appearing in propria persona.  Under Local Rule 302(c)(21) this matter is REFERRED to Magistrate Judge Kendall J. Newman for all pretrial scheduling and proceedings.

    IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**.  Any pending requests shall be referred to the magistrate.

    IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV S-09-2571 FCD KJN PS**.

DATED: February 17, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE